UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 06 B 10266
   RICHARD R HYZY
   GAYLE L HYZY                                 CHAPTER 13

                                                JUDGE: BRUCE W BLACK
            Debtor
   SSN XXX-XX-9816     SSN XXX-XX-7478
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/22/06 and confirmed on 11/01/06.

2. The case was dismissed after confirmation, 08/17/2007.

3. The Debtor paid a total of $ 8554.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMPIRE MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| EMPIRE MORTGAGE | MORTGAGE ARRE | 20297.99 | .00 | 49.19 |
| CAPITAL ONE AUTO FINANCE | SECURED | 12606.08 | 763.44 | 2343.12 |
| ELGIN AUTO CREDIT CORP | SECURED | 2961.62 | 179.11 | 616.39 |
| KEY BANK | SECURED | 6100.00 | 369.47 | 1118.36 |
| VILLAGE OF MINOOKA | SECURED | 1537.25 | .00 | 281.82 |
| ILLINOIS DEPT REVENUE | CHILD SUPPORT | NOT FILED | .00 | .00 |
| DAVID TAUSSIG & ASSOC IN | UNSECURED | NOT FILED | .00 | .00 |
| ILL STATE TOLL HIWAY AUT | PRIORITY | NOT FILED | .00 | .00 |
| ADVOCATE HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| ANESTHESIA ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| BEN GORDON CENTER | UNSECURED | NOT FILED | .00 | .00 |
| BNI PUBLICATIONS INC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 610.38 | .00 | .00 |
| CNS NEUROLOGICAL SURGERY | UNSECURED | NOT FILED | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| IL COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| PHS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| BMG MUSIC SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| EASTERN COLLECTION CORP | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| DAVID G VERMILLION MD | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ELLEN EMBRY MD | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SAMARITAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |

```
HAROLD W BONUS DDS          UNSECURED       NOT FILED              .00           .00
ROUNDUP FUNDING LLC         UNSECURED         1080.87              .00           .00
MORRIS HOSPITAL             UNSECURED       NOT FILED              .00           .00
ORTHOPAEDIC ASSOC OF DUP    UNSECURED       NOT FILED              .00           .00
ACCOUNT RECEIVABLE MANAG    UNSECURED       NOT FILED              .00           .00
KCA FINANCIAL SERVICES      UNSECURED       NOT FILED              .00           .00
UNIVERSITY OF CHICAGO HO    UNSECURED       NOT FILED              .00           .00
COLUMBIA HOUSE              UNSECURED       NOT FILED              .00           .00
COMED                       UNSECURED       NOT FILED              .00           .00
COSTELLO MCMAHON & BURKE    UNSECURED       NOT FILED              .00           .00
DUPAGE MEDICAL GROUP        UNSECURED       NOT FILED              .00           .00
EXCEPTIONAL DENTAL CARE     UNSECURED       NOT FILED              .00           .00
PREMIER BANKCARD/CHARTER    UNSECURED          483.07              .00           .00
PREMIER BANKCARD/CHARTER    UNSECURED          467.88              .00           .00
GOOD SAMARITAN HOSPITAL     UNSECURED       NOT FILED              .00           .00
MIDWEST DIAG PATHOLOGIST    UNSECURED       NOT FILED              .00           .00
MORRIS HOSPITAL             UNSECURED       NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS IN    UNSECURED       NOT FILED              .00           .00
NEUROLOGY CONSULTANTS       UNSECURED       NOT FILED              .00           .00
NICOR GAS                   UNSECURED          559.33              .00           .00
COMPUTER CREDIT SERVICE     UNSECURED       NOT FILED              .00           .00
PRO MOTION PHYSICAL THER    UNSECURED       NOT FILED              .00           .00
SM SERVICING                UNSECURED       NOT FILED              .00           .00
SM SERVICING                UNSECURED       NOT FILED              .00           .00
SM SERVICING                UNSECURED       NOT FILED              .00           .00
ILLINOIS STUDENT ASSIST     UNSECURED        28023.90              .00           .00
THE FABRIC CENTER           UNSECURED       NOT FILED              .00           .00
TRUGREEN CHEMLAWN           UNSECURED       NOT FILED              .00           .00
AFNI/VERIZON                UNSECURED          824.58              .00           .00
TRS RECOVERY SERVICES       UNSECURED       NOT FILED              .00           .00
KEY BANK                    UNSECURED         3208.55              .00           .00
```

Summary of disbursements:

|                    | SECURED   | PRIORITY | UNSECURED | OTHER | TOTAL    |
|--------------------|-----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 43502.94  | .00      | 35258.56  | .00   | 78761.50 |
| PRINCIPAL PAID     | 4408.88   | .00      | .00       | .00   | 4408.88  |
| INTEREST PAID      | 1312.02   | .00      | .00       | .00   | 1312.02  |
| TOTAL PAID         | 5720.90   | .00      | .00       | .00   | 5720.90  |

The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   3000.00
and was paid $    500.00   direct and $   2500.00  through the plan.

The Trustee received $    333.10 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/15/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                         PAGE   3
    CASE NO. 06 B 10266 RICHARD R HYZY & GAYLE L HYZY
```